# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**DENISE HENDERSON, RHETT R. COOK,**
**and EMMIE R. JAGER, Individually and**
**on Behalf of the Estate of ROCKY LEE COOK,**
**Deceased,**

    **Plaintiffs,**

**v.**                               No. 2:23-cv-02601-JPM-cgc

**UNITED STATES OF AMERICA,**

    **Defendant.**

---

### NOTICE OF SERVING UPON PLAINTIFFS
### DEFENDANT'S FIRST SET OF INTERROGATORIES
### AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

---

The defendant, United States of America, hereby gives notice of serving its First Set of Interrogatories and First Request for Production of Documents upon Plaintiffs on January 23, 2024.

Dated: January 23, 2024                                Respectfully submitted,

                                                            KEVIN G. RITZ
                                                            United States Attorney

                                                            By: *s/ Melanie R. Dunlap*
                                                            Melanie R. Dunlap (TN #022477)
                                                            Sarah Pazar Williams (TN #031261)
                                                            Assistant United States Attorneys
                                                            United States Attorney's Office
                                                            Western District of Tennessee
                                                            167 North Main Street, Suite 800
                                                            Memphis, Tennessee 38103
                                                            (901) 544-4231
                                                            melanie.dunlap@usdoj.gov
                                                            sarah.williams2@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Melanie R. Dunlap, certify that the foregoing was filed via the Court's CM/ECF system and thereby served on this 23rd day of January 2024, upon the following counsel for Plaintiff:

Matthew T. May  
6070 Poplar Avenue, Suite 550  
Memphis, Tennessee 38119  
*Attorney for Plaintiffs*

Brewster S. Rawls  
David A. Tierney  
211 Rocketts Way, Suite 100  
Richmond, Virginia 23231  
*Attorneys for Plaintiffs, Pro Hac Vice*

                                                            *s/ Melanie R. Dunlap*
                                                            Assistant United States Attorney